IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 13-00279-01-CR-W-DW |
| | ) | |
| MARK L. FLAAEN, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is the Report and Recommendation (Doc. 100) of Magistrate Judge Robert E. Larsen. On July 10, 2015, Defendant was ordered to undergo a competency evaluation. Defendant was examined by Jeremiah Dwyer, Ph.D. It is the opinion of Dr. Dwyer that Defendant is competent. During the October 8, 2015, competency hearing, the parties stipulated to Dr. Dwyer's report. No written objections were filed. After making an independent review of the record, it is ORDERED that:

1. The Report and Recommendation (Doc. 100) is adopted in its entirety, and this Court finds that Defendant is competent to proceed; and

2. This action remains set for trial on the joint criminal jury trial docket commencing November 30, 2015.

SO ORDERED.

Date: November 9, 2015              /s/ Dean Whipple
                                                                         Dean Whipple
                                                         United States District Judge